**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 24-cv-2076-GPG-KAS

JOHN DOE,

Plaintiff,

v.

COLORADO STATE UNIVERSITY, THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY;
ARAINA MUNIZ, individually and in her official capacity;
MICHAEL KATZ, individually and in his official capacity;
ERICA EXLINE, individually and in her official capacity;
DAN SCHORR, individually and in his official capacity;
JUSTIN SCHWENDEMAN-CURTIS, individually and in his official capacity,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order entered May 20, 2026 [D. 63] by Judge Gordon P. Gallagher, it is

ORDERED that Defendant's Motion to Dismiss (D. 9) is GRANTED. It is

FURTHER ORDERED that Plaintiff's federal claims are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 20th day of May, 2026

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/D. Clement
Donald Clement,
Deputy Clerk